UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Jesse James Lea**,

Soc. Sec. No. xxx-xx-7213
Mailing Address: 130 Colonial Estate Road, Roxboro, NC 27574-

Debtor.

Case No.: 25-80306

Chapter 13

# AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 12/21/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Mariner Finance North Carolina Inc. C/O Corporation Service Company
Attn: Officer
2626 Glenwood Avenue
Suite 550
Raleigh, NC 27608

and  by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 12/21/25

/s Charlene Ennemoser

Charlene Ennemoser

CertificateOfService.wpt (rev. 7/4/18)

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Applied Business Services INC<br>Collection Agency Division<br>617 Southside Road<br>Edenton, NC 27932 | Applied Business Services, Inc<br>Security Collection Agency<br>617 Soundside Road<br>Edenton, NC 27932 | Carter Bank & Trust<br>222 Main Street<br>South Boston, VA 24592 |
| Carter Bank and Trust<br>141 Westover Drive<br>Danville, VA 24541 | Craige Motor Company, Inc.<br>Attn: Officer or Managing Agent<br>1102 S Duke Street<br>Durham, NC 27707 | FirstPoint Collection Resources ***<br>Post Office Box 26140<br>Greensboro, NC 27402-6140 |
| Mariner Finance (RA)<br>C/O Corporation Service Company<br>2626 Glenwood Avenue, Suite 550<br>Raleigh, NC 27608 | Mariner Finance ***<br>Attn: Officer<br>8211 Town Center Drive<br>Nottingham, MD 21236-5904 | Mariner Finance North Carolina, Inc.<br>Attn: Officer<br>8110 Corporate Drive<br>Nottingham, MD 21236 |
| National General Insurance<br>Post Office Box 3199<br>Winston Salem, NC 27102-3199 | National General Insurance<br>5630 University Pkwy<br>Winston Salem, NC 27105 | New Southern Loans<br>7041 Knightdale Blvd.<br>Knightdale, NC 27545 |
| Person County Clerk of Court<br>105 South Main Street<br>Roxboro, NC 27573 | Person County Tax Collector<br>13 Abbitt Street<br>P.O. Box 1701<br>Roxboro, NC 27573 | Roxboro Savings Bank<br>313 S. Main Street<br>Roxboro, NC 27573 |
| State Employees' Credit Union<br>Attn: Officer<br>119 N. Salisbury Street<br>Raleigh, NC 27603 | State Employees' Credit Union (RA)<br>c/o Registered Agent<br>PO Box 27665<br>Raleigh, NC 27611 | State Employees' Credit Union***<br>Attn: Officer<br>119 N. Salisbury Street<br>Raleigh, NC 27603 |
| State Employees' Credit Union****<br>PO Box 25279<br>Raleigh, NC 27611 | Time Finance Service<br>PO BOX 1773<br>Roxboro, NC 27573 | Time Financing Service Roxboro<br>123 S. Lamar St.<br>Roxboro, NC 27573 |

Time Investment Corp **
PO Box 398
Mount Olive, NC 28365

US Attorney's Office (ED)**
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601-1461